ALBINO SCILIMBRACCA, RESPONDENT, v. CENTRAL RAIL-
ROAD COMPANY OF NEW JERSEY, APPELLANT.

Submitted February 14, 1930—Decided October 20, 1930.

For the respondent, *Arthur De Vincentis*.

For the appellant, *William A. Barkalow*.

PER CURIAM.

The judgment under review herein should be affirmed for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE,
CAMPBELL, CASE, BODINE, DALY, DONGES, VAN BUSKIRK,
MCGLENNON, DEAR, JJ. 10.

*For reversal*—KAYS, HETFIELD, WELLS, JJ. 3.